David B. Owens, Esq.
Molod, Spitz & DeSantis, P.C.
35 Journal Square Plaza, Suite 1005
Jersey City, New Jersey 07306
Ph:   (201) 479-0806
Dowens@molodspitz.com
Attorneys for Plaintiff, Gary Bennett, III

Joseph E. O'Connor, Esq. (Application to be made for admission Pro Hac Vice)
Thomas C. Yatto, Esq. (Application to be made for admission Pro Hac Vice)
Michael Kolb, Esq. (Application to be made for admission Pro Hac Vice)
O'Connor & Partners, PLLC
130 North Front Street, Suite 200
Kingston, New York  12401
Ph: (845) 303-8777
Fax:(845) 303-8666
joconnor@onplaw.com
tyatto@onplaw.com
mkolb@onplaw.com
Attorneys for Plaintiff, Gary Bennett, III

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

| | |
|---|---|
| GARY BENNETT, III, | CONSENT ORDER CONCERNING ADMISSION PRO HAC VICE |
| Plaintiff, | |
| - against - | 2:18-cv-10475-SRC-CLW |
| TANIS CONCRETE, INC. and SERGIO R. VALDEZ, | |
| Defendants. | |

-----------------------------------------------------------X

WHEREAS, the parties herein have agreed to the issuance of an Order permitting Joseph E. O'Connor, Esq., Thomas C. Yatto, Esq., and Michael Kolb, Esq., members of the Bar of the State of New York, to represent plaintiff GARY BENNETT, III, *pro hac vice*

in this action, and

    WHEREAS, Joseph E. O'Connor, Esq., Thomas C. Yatto, Esq. and Michael Kolb, Esq. have submitted Certifications pursuant to L. Civ. R. 101.1(c), which are annexed hereto,

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties in the above entitled action, that Joseph E. O'Connor, Esq., Thomas C. Yatto, Esq., and Michael Kolb, Esq., members in good standing of the Bar of the State of New York, be and hereby are permitted to represent plaintiff GARY BENNETT, III, in this action *pro hac vice*, subject to the following terms and conditions:

1. They shall comply with the rules governing this Court and the courts of the State of New Jersey, including all disciplinary rules;

2. They shall consent to the appointment of the Clerk of the United States District Court, District of New Jersey, as agent upon whom service of process may be made for all actions against them or their firm that may arise out of his participation in this matter;

3. They shall immediately notify the Court of any matter affecting their standing to practice before the Bar of the State of New York;

4. All pleadings, briefs, and other papers filed with the Court in this action shall be signed by David B. Owens, Esq., of Molod, Spitz & DeSantis, P.C., attorney of record authorized to practice in the State of New Jersey, who shall be held responsible for such pleadings and for the conduct of this action and of Joseph E.

O'Connor, Esq., Thomas C. Yatto, and Michael Kolb, Esq.; and,

5. Joseph E. O'Connor, Esq., Thomas C. Yatto, and Michael Kolb, Esq. shall each make payment in the amount of $150.00 to the New Jersey Lawyer's Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a), for any year in which he continues to represent a party in this matter pending in this Court, pursuant to Local Rule 101.1(c)(2); and

6. Joseph E. O'Connor, Esq., Thomas C. Yatto, and Michael Kolb, Esq. shall each make payment in the amount of $150.00 payable to the Clerk, USDC, pursuant to Local Rule 101.1(c)(3).

/s/Joseph E. O'Connor
Joseph E. O'Connor, Esq. (To Be Admitted *Pro Hac Vice*)
Attorney for Plaintiff GARY BENNETT, III
O'Connor & Partners, PLLC
130 North Front Street, Suite 200
Kingston, NY 12401
(845) 303-8777 (tel)
(845) 303-8666 (fax)
joconnor@onplaw.com


/s/ Thomas C. Yatto
Thomas C. Yatto, Esq. (To Be Admitted *Pro Hac Vice*)
Attorney for Plaintiff GARY BENNETT, III
O'Connor & Partners, PLLC
130 North Front Street, Suite 200
Kingston, NY 12401
(845) 303-8777 (tel)
(845) 303-8666 (fax)
tyatto@onplaw.com

/s/Michael Kolb
Michael Kolb, Esq. (To Be Admitted *Pro Hac Vice*)
Attorney for Plaintiff GARY BENNETT, III
O'Connor & Partners, PLLC
130 North Front Street, Suite 200
Kingston, NY 12401
(845)303-8777 (tel)
(845)303-8666 (fax)
mkolb@onplaw.com


/s/David B. Owens
David B. Owens, Esq.
Molod, Spitz & DeSantis, P.C.
35 Journal Square Plaza, Suite 1005
Jersey City, New Jersey 07306
(201) 479-0806
Dowens@molodspitz.com
Attorneys for Plaintiff, Gary Bennett, III


/s/ Michael C. Salvo
Michael C. Salvo, Esq.
Ahmuty, Demers & McManus
65 Madison Avenue, Suite 400
Morristown, NJ 07960
(973) 984-7300
Michael.Salvo@admlaw.com
Attorneys for Defendants TANIS CONCRETE, INC. and SERGIO R. VALDEZ

SO ORDERED:

_____
HON. CATHY L. WALDOR
United States Magistrate Judge


Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
GARY BENNETT, III,

                              Plaintiff,

  - against -                                       CERTIFICATION
                                                            OF JOSEPH E.
                                                            O'CONNOR

TANIS CONCRETE, INC. and SERGIO R. VALDEZ,

                              Defendants.
-------------------------------------------------------X

JOSEPH E. O'CONNOR hereby certifies as follows:

1. I am an attorney and a member in good standing of the bar of the State of New York. I was admitted in the year 1997 in the First Judicial Department, 27 Madison Avenue, New York, NY 10010. I am also a member of the bars of the United States District Courts for the Eastern, Southern, and Northern Districts of New York, having been admitted thereto in 2006, 2012, and 2013 respectively.

2. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

Dated: August 13, 2018

                                                                   _____
                                                                    JOSEPH E. O'CONNOR

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
GARY BENNETT, III,

                      Plaintiff,            CERTIFICATION OF
                                                    THOMAS C. YATTO

  - against -                                   2:18-cv-10475-SRC-CLW

TANIS CONCRETE, INC. and SERGIO R. VALDEZ

                      Defendants.
-----------------------------------------------------------X

THOMAS C. YATTO hereby certifies as follows:

1. I am an attorney and a member in good standing of the bar of the State of New York. I was admitted to practice in New York in the year 1977 in the Third Judicial Department, Justice Building, 5th Floor, Empire State Plaza, Albany, New York 12223. I am also a member of the bars of the United States District Courts for the Northern, Southern and Eastern Districts of New York, having been admitted thereto in 1977, 1982, and 1982, respectively.

2. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been previously imposed upon me in any jurisdiction.

Dated: August 13, 2018

                                                                    THOMAS C. YATTO

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
GARY BENNETTI, III,

                Plaintiff,

  - against -                                          CERTIFICATION
                                                              OF MICHAEL KOLB

TANIS CONCRETE, INC. and SERGIO R. VALDEZ

                Defendants.
------------------------------------------------------------X

MICHAEL KOLB hereby certifies as follows:

1. I am an attorney and a member in good standing of the bar of the State of New York. I was admitted to practice in New York in the year 1976 in the First Judicial Department, 27 Madison Avenue, New York, NY 10010. I am also a member of the bars of the United States District Courts for the Southern, Northern, and Eastern Districts of New York, having been admitted thereto in 1976, 1986, and 2016, respectively.

2. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

Dated: August 13, 2018

                                                                    _____
                                                                       MICHAEL KOLB