UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
GARY BENNETT, III,

                              Plaintiff,                    2:18-cv-10475-SRC-CLW

- against -

TANIS CONCRETE, INC. and SERGIO R. VALDEZ,

                              Defendants.
------------------------------------------------------------X

### REQUEST BY LOCAL COUNSEL FOR
### THREE PRO HAC VICE ATTORNEYS
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                                               David B. Owens, Esq.
                                                               Molod, Spitz & DeSantis, P.C.
                                                              35 Journal Square Plaza, Suite 1005
                                                              Jersey City, New Jersey 07306
                                                               Ph: (201) 479-0806
                                                               dowens@molodspitz.com
                                                               Attorneys for Plaintiff, Gary Bennett, III

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

| | |
|---|---|
| Name: | <u>Joseph E. O'Connor</u> |
| Address: | <u>130 N. Front Street, Suite 200</u> |
| | <u>Kingston, NY 12401</u> |
| Phone: | <u>845-303-8777</u> |
| email: | <u>joconnor@onplaw.com</u> |

Name:     Michael Kolb
Address:  130 N. Front Street, Suite 200
          Kingston, NY 12401
Phone:    845-303-8777
email:    mkolb@onplaw.com


Name:     Thomas C. Yatto
Address:  130 N. Front Street, Suite 200
          Kingston, NY 12401
Phone:    845-303-8777
email:    tyatto@onplaw.com