# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, 21ST FLOOR, NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

dowens@molodspitz.com

www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400

*REPLY TO NEW YORK OFFICE

September 26, 2018

September 26, 2018

Clerk of the Court
United State District Court
District of New Jersey (Newark)
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Bennett v. Tanis Concrete, Inc. et al.  2:18-cv-10475 SRC-CLW

Dear Sir or Madam:

I am hereby requesting a refund of the $150.00 paid on September 25, 2018 in connection with the filing of a "Request By Local Counsel for Three Pro Hac Vice Attorneys to Receive Electronic Notification." (Docket #15)

The reason for the refund is that it appears that no fee was required to be paid in connection with filing this document. The fee of $450.00 for the admission of the three attorneys pro hac vice had already been paid, which was noted on the docket sheet on September 20, 2018. Thus, it would appear that there has been an overpayment of $150.00.

The Pay.gov tracking ID number is 26CFELB6.

Please contact me or my assistant Karen Flood if further information is required.

Thank you for your attention to this matter.

          Respectfully submitted,

          MOLOD SPITZ & DeSANTIS, P.C.

          By: _____*David B. Owens*_____
             David B. Owens

*Enc.*